§2241 Form
M.D.N.C -3/12

FILED

**FORM CHALLENGING THE EXECUTION OF SENTENCE**
**PURSUANT TO 28 U.S.C SECTION 2241[1]**

DEC 0 8 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**ROBERT  DOUGLAS   BLACK**
(enter full name of petitioner)

V.

**F.J BOWERS  (WARDEN)**

(enter full name of present custodian)[2]

(CRIMINAL ACTION) 3:16-002101

(CIVIL ACTION)  3: 20 C V 222

Groh
Trumble
Sims

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Place of detention
**MORGANTOWN FEDERAL CORRECTIONAL INSTITUTION/446 GREENBAG RD**

2. If you are challenging a conviction or sentence, list the following information for each conviction or sentence.

| CONVICTION LEADING TO SENTENCE | COURT LOCATION | DATE OF SENTENCE | INDICTMENT NUMBER | TERM OF SENTENCE |
|---|---|---|---|---|
| 2a. 841(A) | SOUTHERN DIST OF WEST VIRGINIA 4TH CIRCUIT | NOVEMBER 2013 | 3:13-cr_ 00143 | 12 months 1 day |
| 2b. 841(a)(1) | southern dist of West virginia 4th circuit | May 30th 2017 | 3:16-cr- 00201 | 88 months aggr. 18viol/70 |
| 2c. | | | | |

3.  Have you previously filed in a federal court any Section 2254 petitions for habeas corpus, motions under 28 U.S.C § 2255, or any other applications, petitions or motions with respect to the above conviction(s) or sentence(s)?

☒     Yes          ☐     No

---

[1] This form is also used by state prisoners challenging the fact or duration of their confinement and not the validity of their conviction.  Such submissions will be deemed to be 28 U.S.C § 2254 petitions.  If you claim that your underlying convictions(s) and sentence(s) are illegal, you normally must raise such claim(s) in a Section 2254 petition or Section 2255 motion.  You may not raise such claims on this form.
[2] If the challenge is to a detainer, also name the entity issuing the detainer.

§2241 Form
M.D.N.C -3/12

4.  If you answered "yes" to #3, for each conviction or sentence identified in 2a, 2b or 2c, set out the date and nature of the petition, motion or application, the court where filed, the nature or relief sought, and the decision.

| CONVICTION | TYPE APPLICATION (i.e. § 2254, § 2255, § 2241) AND DATE FILED | COURT FILED | NATURE OF RELIEF SOUGHT | DECISION |
|---|---|---|---|---|
| 2a. 841(a)(1) | 2255 | southern dist. Wv. 4th circ. | Red. in Senten. | DENIED |
| 2b. | 2241 | south.Dist. Wv.4th circ. | release/ concurrant | DENIED |
| 2c. | | | | |

5.  State concisely the **grounds** and **facts** on which you base your allegations that you are being held in custody unlawfully.

A. Ground One:
BOP has failed to apply inmat Black's "Earned Time" credits for the Evidence Based Recidivism Reduction (EBRR) programs under the "FIRST STEP" ACT 18 § USC 3632(D)(4)(A).

Supporting FACTS (state *briefly* without citing cases or law) Prisoner Black contends that the BOP/case Manager/unit manager/Warden should give him credit for his participation and completion of EBRR programming under the "FIRST STEP" Act, and therefore should be able to apply his earned "TIME CREDITS" (15 days per month). Although prisoner Black is unable to calculate an exact amount of "Earned Time" credits, the amount accumulated from the completed programming and activities would be more than enough to exceed Mr. Blacks remaining sentence (120 days) and therefore facilatatan immediate release to home confinement.    (SEE DOC.4)

B. Ground Two:   All administrative remedies have been exausted within the prison(doc. 1),and a BP-10 has been sent to the Regional office (doc.2).

Supporting FACTS (state *briefly* without citing cases to law) Pursuant to 18 USC 3632(A)-(3) -Prisoner is elidgable for "Earned Time"credits. Prisoners case manager completed an initial assessment and found prisones to be a minimalf risk(satisfing the requirements in 3632(a)(1) Determined and assigned programming activities(doc4) (edu.Transcripts)(doc. 5)(Program review/plan)

SEE ATTACHMENT MARKED CIVIL CASE 2075-82(RMB)

DOC 3

§2241 Form
M.D.N.C -3/12

_____
_____

6. Have you previously sought relief through state or federal administrative procedures or state or federal court as to the claims you are now making?

☐ Yes          ☒ No

7. If you answer "yes" to #6, set out (1) the date you sought relief, (2) the court or agency in which you filed your petition or motion, and the decision. Give the same information as to any appeal of that decision.

_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this 14TH day of NOV month, 2020 year.

_____
(Signature of Petitioner)

Any delay in granting this motion will Render the request moot considering Mr. Black's Half-way-House date of March 2, 2021