# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**ROBERT DOUGLAS BLACK,**

    **Petitioner,**

v.     **CIVIL ACTION NO.: 3:20-CV-222 (GROH)**

**F. J. BOWERS, Warden,**

    **Respondent.**

## ORDER DISMISSING CASE

On December 8, 2020, the *pro se* Petitioner initiated the above-styled habeas corpus action pursuant to 28 U.S.C. § 2241. ECF No. 1. On that same date, the Clerk issued a Notice of Deficient Pleading and Intent to Dismiss which instructed the Petitioner that this action would be dismissed within 30 days because the Petitioner failed to file on a Court-approved form. ECF No. 2.

On December 28, 2020, the Petitioner filed the Court-approved form for a 28 U.S.C. § 2241 proceeding in accordance with the Local Rules as described in the Notice, and the Clerk of Court opened a new case, Civil Action Number 3:20-CV-229. Accordingly, it is hereby **ORDERED** that this action be **DISMISSED** and retired from the docket.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner

by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** December 28, 2020

/s/ Gina M. Groh
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE